COMMONWEALTH of Pennsylvania, Respondent

v.

Raymond Charles CANTWELL, Jr., Petitioner

No. 884 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of May, 2017, the Petition for Allowance of Appeal is DENIED.